ACCEPTED
01-14-00936-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 4:32:31 PM
CHRISTOPHER PRINE
CLERK

No. _____1039665_____

| | | |
|---|---|---|
| JOEL D. MALLORY, JR. | § | IN THE COUNTY COURT OF |
| | § | |
| | § | FILED IN 1st COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| | § | 1/7/2015 4:32:31 PM |
| VS | § | CHRISTOPHER A. PRINE |
| | § | HARRIS COUNTY, TEXAS Clerk |
| | § | |
| | § | |
| | § | |
| | § | |
| WEST BELLFORT PROPERTY | § | |
| OWNERS ASSOCIATION | § | |
| | § | COURT NUMBER <u>FOUR (4)</u> |

## <u>NOTICE OF APPEAL</u>

JOEL D. MALLORY, JR., Plaintiff files his Notice of Appeal of the Order

Granting Summary Judgment (August 6, 2014) and the Order Denying Motion for

New Trial (October 21, 2014).

Respectfully submitted,


/s/ joel mallory

_____

Joel D. Mallory, Jr.
Plaintiff pro se
TBN: 00786082
P.O. Box 301035
Houston, Texas 77230
Tele: (713) 429-0350
Fax: (713) 429-0350

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document (as corrected) has been served or will be served upon Opposing Counsel of Record by U.S. Mail, or by any means authorized by the Rules on November 20, 2014.

/s/ joel mallory
Joel D. Mallory